# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                  No. 4:11-cr-126-DPM

CARLOS THURMAN                                              DEFENDANT

## ORDER OF FORFEITURE

**1.** Because Thurman pleaded guilty to count three of the Indictment,

Thurman shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), the

following item:

- One Taurus, .357 caliber revolver
  SN: PK470072

The Government has established the requisite nexus between the firearm and

the offense. FED. R. CRIM. P. 32.2(b)(1)(A). And Thurman agreed to forfeiture

as part of his guilty plea.

**2.** The United States Attorney General (or a designee) is authorized to

seize this property and to conduct any discovery proper in identifying,

locating, or disposing of the property in accordance with Federal Rule of

Criminal Procedure 32.2(b)(3). The Attorney General (or a designee) may also

commence any applicable proceeding to comply with statutes governing third-party rights, including giving notice of this Order.

**3.** The Government shall publish notice of this Order and its intent to dispose of the property in the manner prescribed by Federal Rule of Criminal Procedure 32.2(b)(6) and Supplemental Rule G(4)(a) of the Federal Rules of Civil Procedure. The United States must send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture pursuant to Federal Rule of Criminal Procedure 32.2(b)(6) and Supplemental Rule G(4)(b) of the Federal Rules of Civil Procedure.

**4.** Any person, other than Thurman, asserting a legal interest in the property may, within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the Court for a hearing without a jury to adjudicate the validity of his alleged interest in the property and for an amendment to this Order. 18 U.S.C. § 2253(b) (incorporating 21 U.S.C. § 853(n)); FED. R. CRIM. P. 32.2(c)(1).

**5.** Because Thurman consented to forfeiture as part of his guilty plea, this Order is final as to Thurman and shall be made part of the sentence and included in the Judgment. FED. R. CRIM. P. 32.2(b)(4)(A). If no third party files

a timely claim, this Order shall become a final order of forfeiture. FED. R. CRIM. P. 32.2(c)(2).

6. Any petition filed by a third party asserting an interest in the property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

7. After the disposition of any motion filed under Federal Rule of Criminal Procedure 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure if the Court determines that discovery is necessary or desirable to resolve factual issues. FED. R. CRIM. P. 32.2(c)(1)(B).

8. The Government shall have clear title to the property after the Court's disposition of all third-party interests or, if none, after the expiration of the period provided in 21 U.S.C. § 853(n) for the filing of third-party petitions.

**9.** The Court retains jurisdiction to enforce this Order and to amend it as necessary. FED. R. CRIM. P. 32.2(e).

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

1 August 2012